UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PATRICK JOLIVETTE,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 24-mc-80002-RS<br><br>**DISMISSAL ORDER** |

In 2014, Miscellaneous Case No. 14-mc-80001-RS was opened when "petitioner" Paul Jolivette, Jr. submitted a document entitled "Registration of Sister State Judgment." The "judgment" Jolivette sought to register, however, purported to have been issued by the fictional "Supreme Court of Justice" of the "Shaykamaxum Republic of Amexum" (also described as "The Shaykamaxum Grand/Supreme Court of Altan Amexem Al Moroc N.W."). An order entered concluding the documents had been accepted for filing in error. The matter was dismissed and the clerk was directed to close the file. Jolivette's subsequent requests for relief from the Ninth Circuit and the Supreme Court were rejected. *See* Case No. 14-mc-80001-RS, Dkt. Nos. 12, 16, 17, 21, 27, and 28.

Now, a decade later, Jolivette has filed a California Judicial Council form "Complaint for Entry of Judgment on Foreign State Judgment." Attached to the form is a cover page of a purported "abstract of judgment" apparently recorded in 2014, with the underlying rejected "Registration of Sister State Judgment" filed in Case No. 14-mc-80001-RS and the fictitious

"Shaykamaxum Republic" abstract of judgment. Again, however, there is patently no procedural or substantive basis to permit this matter to proceed, and it is hereby dismissed. The Clerk shall close the file. No requests for reconsideration or other further filings will be entertained.

**IT IS SO ORDERED**.

Dated: January 18, 2024

_____
RICHARD SEEBORG
Chief United States District Judge